JULIA L. ATWATER, Appellant, v. ALFRED IASILLO, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

ABRAHAM L. ERLANGER and Another, Appellants, v. ALBERT H. WOODS, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

THE JAMES MCCREERY REALTY CORPORATION, Appellant, v. REUBEN SADOWSKY, Respondent.— Order of April 26, 1918, as resettled, reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Order of June 1, 1918, reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Appeal from order of June 25, 1918, dismissed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

LOUIS LIEBMAN and Others, Copartners, etc., Respondents, v. AMERICAN TRADING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.; Smith, J., dissented.

CHARLES COGUT, Appellant, v. STERLING FILM CORPORATION and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

HENRY HARPER BENEDICT, Respondent, v. ARCHIBALD A. FORREST, Individually and as Trustee, etc., and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

GUSTAVE LEVE and Another, Respondents, v. WESTINGHOUSE, CHURCH, KERR & COMPANY, INC., Appellant.— Order appealed from modified by directing that the words " as set forth in the affidavit of Gustave Leve, hereto annexed," contained in the original order for examination, be stricken therefrom, and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

JACOB D. SILBERSTEIN and Another, Appellants, v. ABRAHAM PLEET and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

In the Matter of WALTER J. SHERIDAN, an Alleged Incompetent Person. THOMAS J. SHERIDAN, Appellant; CLIFFORD BOESE, Special Guardian, etc. Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.

BENJAMIN & KENTNOR COMPANY, Respondent, v. THE JOURNAL COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Merrell, JJ.